No. 56454.—American Import Company et al. v. United States, protests 596608–G, etc. (Los Angeles).

Opinion by FORD, J. The protests were dismissed.

No. 56455.—Air Express International v. United States, protests 170583–K, etc. (Tampa).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 4, 1952

No. 56456.—Cresca Co., Inc., et al. v. United States, protests 669819–G, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56457.—Robert B. Adelman, Inc., et al. v. United States, protests 174809–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56458.—Herman C. Kupper, Inc., et al. v. United States, protests 175177–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.